IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Carl W. Blackstock | § | CIVIL ACTION NO. H-13-2860 |
| | § | |
| vs. | § | |
| | § | |
| Regency Employee Management § | | JURY REQUESTED |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE,  Plaintiff is pleased to announce to the Court that this case has been settled.

Respectfully Submitted,

\_\_/s/ Savannah Robinson _____
Savannah Robinson
ATTY IN CHARGE FOR PLAINTIFF
1822 Main
Danbury, TX 77534
(979) 922-8825
FAX: 979-922-8857
SBN: 17108150
Fed. Id. 5922
Savannahrobinson@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a true, correct and complete copy of the above and foregoing was this day served pursuant to the Local Rules concerning electronic filings on this the *27*\_\_ day of *October*\_\_ 2014.

Claire Deason
Kelley Edwards
Little Mendelson, PC
1301 McKinney St., Suite 1900
Houston, TX 77010
FAX: 713-951-9212

--/s/ Savannah Robinson\_\_\_